# KING L. WU & ASSOCIATES
## ATTORNEYS AT LAW

March 16, 2020

**VIA ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York

Docket No.:   1:19-cv-06242-KAM-CLP
Re:           Status Report

Dear Judge Pollak:

This Status Report is submitted pursuant to your Order dated February 14, 2020.

The case was filed on November 5, 2019. Since then, we have contacted different international service companies to serve the Summons and Complaint in China. However, due to the Coronavirus outbreak in China at the time in addition to the Lunar New Year, our firm has not yet been able to complete service on the Defendants.

Therefore, given the unusual circumstance, our firm kindly requests for an extension of time for service. During the meanwhile, I am afraid that this case cannot proceed further. Kindly advise on this matter. Thank you for your time and attention.

Respectfully submitted,

/s/ King Lun Wu, Esq.

38-08 Union St., Suite 10F, Flushing NY 11354
Tel.: (718) 888-0618; Fax.: (718) 888-0283
E-Mail: contact@wuesq.com
Website: www.wuesq.com