# KING L. WU & ASSOCIATES
## ATTORNEYS AT LAW

September 10, 2020

**VIA ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York

Docket No.:   1:19-cv-06242-KAM-CLP
Re:           Status Report

Dear Judge Pollak:

This Status Report is submitted pursuant to your Order dated August 10, 2020.

Since undersigned counsel's last status report, our process server has been able to successfully serve the Complaint on the Defendant personally in his Kew Gardens, NY apartment after four (4) service attempts. An affidavit of service will be filed once received from Process Server.

Therefore, this office awaits Defendant's answer and the case may proceed as usual. Thank you for your time, attention, and understanding in this matter.

Respectfully submitted,

/s/ King Lun Wu, Esq.

38-08 Union St., Suite 10F, Flushing NY 11354
Tel.: (718) 888-0618; Fax.: (718) 888-0283
E-Mail: contact@wuesq.com
Website: www.wuesq.com