Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel:     718-463-1868
Email:  shieldscj524@gmail.com
Attorneys for Guo Liang Lu,
Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THOMAS CHEN, CRYSTAL WINDOW & DOOR SYSTEM, LTD, AND HUAI'AN CRYSTAL REAL PROPERTY DEVELOPMENT LTD. CO.,

   Plaintiffs,

 v.

GUO LIANG LU,

   Defendant.

---

NOTICE OF APPEARANCE FOR DEFENDANT

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

 I am admitted to practice in this Court, and I appear in this case as counsel for Guo Liang Lu, the defendant.

DATE: September 16, 2020

          */s/ Carolyn Shields*
          Carolyn Shields
          LIU & SHIELDS LLP
          41-60 Main Street, Suite 208A
          Flushing, NY 11355
          Telephone:  718-463-1868
          Fax:            718-463-2883
          E-mail:        shieldscj524@gmail.com